UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:21-cr-56-MMH-MCR
     21 U.S.C. § 846

ORLANDO RODRIGUEZ VAZQUEZ

## INFORMATION

The Acting United States Attorney charges:

### COUNT ONE

From in or about December 2017, through in or about May 2019, in the Middle District of Florida, and elsewhere, the defendant,

ORLANDO RODRIGUEZ VAZQUEZ,

did knowingly, willfully, and intentionally conspire with other persons, both known and unknown, to distribute a controlled substance, which violation involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

It was part of the conspiracy that the conspirators would perform acts and make statements to hide and conceal and cause to be hidden and

concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of 21 U.S.C. §846.

## FORFEITURE

1.    The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2.    Upon conviction of a violation of 21 U.S.C. § 846, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant, ORLANDO RODRIGUEZ VAZQUEZ, obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.    If any of the property described above, as a result of any acts or omissions of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

        KARIN HOPPMANN
        Acting United States Attorney

By: *[signature]*
        Julie Hackenberry
        Assistant United States Attorney

By: *[signature]*
        Frank M. Talbot
        Assistant United States Attorney
        Chief, Jacksonville Division